UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** CLYDE JAMISON

**Defendant(s):** BROWN

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Clyde Jamison
#2005-0090128
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

FILED
JUN - 9 2008
6-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

08CV3319
JUDGE PALLMEYER
MAG. JUDGE KEYS

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** A.E. Woodham  **Date:** 06/09/2008