Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3319 | **DATE** | July 10, 2008 |
| **CASE TITLE** | Clyde Jamison (#2005-0090128) v. Nurse Brown | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for leave to proceed *in forma pauperis* [3] is granted. The court orders the trust fund officer at Plaintiff's place of incarceration to deduct $10.00 from Plaintiff's trust fund account as an initial partial filing fee, and to continue making monthly deductions in accordance with this order. The clerk shall send a copy of this order to Elizabeth Hudson, Supervisor of Inmate Trust Fund Accounts, Cook County Dept. of Corrections Administrative Office, Division V, 2700 S. California, Chicago, IL 60608. The clerk is directed to issue summonses for service of the complaint by the U.S. Marshal on Defendant Nurse Brown. The clerk shall send to Plaintiff a magistrate judge consent form and filing instructions along with a copy of this order.

■ **[For further details see text below.]**                                    Docketing to mail notices.

## STATEMENT

Plaintiff, Clyde Jamison (#2005-0090128), an inmate at Cook County Jail, has filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges that, on December 16, 2005, he noticed blood in his stool and became weak, and that Nurse Brown provided inadequate medical attention for Plaintiff's condition. Plaintiff states that he went to the hospital later in December of 2005, where he received a blood transfusion.

Plaintiff's motion for leave to proceed *in forma pauperis* is granted. Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is assessed an initial partial filing fee of $10.00. The trust fund officer at Plaintiff's place of incarceration is authorized and ordered to collect the partial filing fee from Plaintiff's trust fund account and pay it directly to the clerk of court. After payment of the initial partial filing fee, the trust fund officer is directed to collect monthly payments from Plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments shall be forwarded to the clerk of court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify Plaintiff's name and this case number. Plaintiff shall remain responsible for payment of the filing fee, and the Cook County Jail trust fund office shall notify transferee authorities of any outstanding balance in the event Plaintiff is transferred to another facility.

**(CONTINUED)**

isk

| STATEMENT (continued) |
| --- |

Preliminary review of the complaint, *see* 28 U.S.C. § 1915A, reveals that Plaintiff has sufficiently stated a claim, such that Defendant Nurse Brown must respond to the complaint. *See* Fed. R. Civ. P. 8(a); *Edwards v. Snyder*, 478 F.3d 827, 830-31 (7th Cir. 2007). The clerk shall issue summons for service of the complaint on Nurse Brown, and shall send to Plaintiff a Magistrate Judge Consent Form and Instructions for Submitting Documents, along with a copy of this order.

The United States Marshals Service is appointed to serve Defendant Nurse Brown, a nurse in Division 1 of the Cook County Jail. Any service forms necessary for Plaintiff to complete will be sent by the Marshal as appropriate to serve Defendant with process. The Marshal is directed to make all reasonable efforts to serve Defendant. With respect to a former correctional employee who no longer can be found at the work address provided by Plaintiff, Cook County Jail officials shall furnish the Marshal with Defendant's last known address. The information shall be used only for purposes of effectuating service, or to show proof of service, should a dispute arise, and any documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service to Defendant in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

Plaintiff is instructed to file all future papers concerning this action with the clerk of court in care of the Prisoner Correspondent. Plaintiff must provide the original plus a judge's copy of every document filed. In addition, Plaintiff must send an exact copy of any court filing to Defendant, or to defense counsel, once an attorney has entered an appearance on Defendant's behalf. Every document filed must include a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to the Plaintiff.