FILED
JULY 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUN - 9 2008
6-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Clyde Jamison

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Brown

08CV3319
JUDGE PALLMEYER
MAG. JUDGE KEYS

_____
_____
_____
_____
_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
     U.S. Code (state, county, or municipal defendants)

____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
     28 SECTION 1331 U.S. Code (federal defendants)

____  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

   A. Name: CLYDE JAMISON

   B. List all aliases: CLYDE JOHNSON

   C. Prisoner identification number: 20050090128

   D. Place of present confinement: Cook County Div 11 BH

   E. Address: P.O. Box 089002

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: BROWN

   Title: Nurse

   Place of Employment: Cook County C.C. Div 1

   B. Defendant: _____

   Title: _____

   Place of Employment: _____

   C. Defendant: _____

   Title: _____

   Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A.  Name of case and docket number: _____

   B.  Approximate date of filing lawsuit: _____

   C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

   D.  List all defendants: _____

   E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F.  Name of judge to whom case was assigned: _____

   G.  Basic claim made: _____

   H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

   I.  Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

This all started on Dec. 16, 2005 at 3:00am while deficating, I saw blood in my feces. I explained the problem to officer Stanly who sent me down to Lt. Hurd after asking a few questions he sent me back up to my deck on D4 Div. 1. after using the bathroom again my feces became darker I was sent back down 30 min. later. Lt. Hurd put me on the sick call list for that morning.

Once shift changed I explained my problem to officer Delgado he expained that he saw it in the book and I was on the list for sick call. Before sick call was called we had barbershop call which I attempted to go. But because I felt very lightheaded I wasn't able to finish my haircut. I explained my problem to officer Conley who was in charge of the barbershop at the time. officer Conley called up to my teir and officer Delgado informed him that I was on the sick call list. officer Conley called despensary and sent me to despensary

I was seen by Nurse Brown, the first thing

Revised 9/2007

She asked me was; Who cut your hair? my response was; I'm not here for my half done haircut, I've been seeing blood in my feces and I've been feeling lightheaded. She asked again, who cut my hair? I said; what do my hair have to do with my problem. I asked Nurse Brown could I sit down because I'm feeling even more lightheaded right now. She told me no. I asked again and she said no again. I said to her; I'm not about to fall out for you and no one else. I went to sit down, Officer Brown asked Nurse Brown was she done with me? After asking three times on the forth asking Nurse Brown Replied; Yes.

  I went back to the barbershop explained what happen to Officer Conley, I didn't finish my haircut and he sent me back up to D4.

  I stayed in the bed with stomach pains until Dec. 19 4:00pm when I asked Officer Neon to send me somewhere for help, I knew something was wrong. Officer Neon called someone and I was sent to Cermack, they took my vital signs and sent me to the outside hospital where I was given a blood transfusion and scoped.

Revised 9/2007

When I was in the despensary with Nurse Brown on 12-16-05 I was not given a check of my vital signs, she also sent me out of the despensary without signning a refusal to be seen.

The reason I'm submitting this to the Courts over two years later is because now I've been found guilty of the charge against me and now that Im about to Leave this instituton I don't feel threaten by officuals in positon to make my stay uneasy.

I wrote a Detainee Grievance, I also have a C.C.D.O.C. Detainee Grievance/referral & response Control # 2006X0159

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like monetary damages awarded to me.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 22 day of May, 20 08

Clyde Jamison
(Signature of plaintiff or plaintiffs)

CLYDE JAMISON
(Print name)

20050090128
(I.D. Number)

P.O. Box 089002
Chicago Il 60608
C.C.D.O.C.
(Address)

6

Revised 9/2007