

**Department of Justice**
United States Marshals Service
Northern District of Illinois

# Memo

**To:** Clerk's Office

**From:** Tamar De.Costa

**Date:** July 16, 2008

**Re:** Case#08C3319

FILED

JUL 17 2008 YM
Jul 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

I am returning the attached case#08C3319, Clyde Jamison v. Nurse Brown. There are 2 summonses one for Brown and one for Superintendent Salazar, the plaintiff's names are different on each summons but have the same case number. The plaintiff on the summons for Brown is Clyde Jamison and the plaintiff on the summons for Superintendent Salazar is David Fuentes and there is no complaint attached for Superintendent Salazar to be served.

Tamar
Civil Process

1