08 C 3319

Judge PAllMEYER, I'm somewhat confuse about the Request For Counsel, In the beginning I request For Counsel and it seems as if that request was denied, because in the statement sent to me it reads Pro-se. I've attempted to contact a few lawer, but I have not received any response. Judge PAllMEYER Can you please give me some information on this issue. Thank you...

FILED
7-28-2008
JUL 28 2008  mB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Sncerly,
Clyde JAmison

I, CLYDE JAMISON, swear under penalty of perjury that I served a copy of the attached document, by placing it in the mail at the Cook County Correctional Center on 7-21-08

*Clyde Jamison*