Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3319 | **DATE** | 8/1/2008 |
| **CASE TITLE** | Jamison vs. Brown | | |

**DOCKET ENTRY TEXT**

Enter attached correspondence.

■ [ For further detail see attached correspondence.]    No notice required.

| | | Courtroom Deputy Initials: | ETV |
|---|---|---|---|



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



CHAMBERS OF
REBECCA R. PALLMEYER
JUDGE

312-435-5636

August 1, 2008

Clyde Jamison
#2005-0090128
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

    Re:   *Clyde Jamison v. Brown*
           Case No. 08 C 3319

Dear Mr. Jamison:

    In response to your letter of July 21, 2008 requesting an appointment of counsel. There are no formal motions for appointment of counsel in the court record for this case. I generally do not appoint counsel at the early stages of a civil lawsuit; if the case progresses further, I will consider your request.

                            Yours truly,

                            Rebecca R. Pallmeyer
                            U.S. District Judge

RRP/skl